AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

## APPEARANCE

Case Number: _05M - 1096 - JGD_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _unison to enter appearance_ _Jose Rosario_

_A/K/A Edward Soto Ortiz_

I certify that I am admitted to practice in this court.

_8|9|05_
Date

_José A Espinosa_    _BBH_ _156220_
Print Name    Bar Number

_11 Green St._
Address

_Jamaica Plain,  MA 02130_
City    State    Zip Code

_617  522  4849 / 617 524 9610_
Phone Number    Fax Number