```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CRIMINAL NO. 05m-1096-JGD |
|  | ) |
| JUAN ROSARIO, | ) |
| a/k/a FELIX RIVERA, | ) |
| a/k/a MANUEL ROSARIO TEJADA | ) |

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Christian Brackett, Special Agent of the United States Drug Enforcement Administration, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon personal knowledge coming to me in connection with my official duties there was issued a one-count indictment (criminal number H-CR-05-326) and warrant of arrest for one Juan Rosario in the United States District Court for the Southern District of Texas for a violation of Title 21, United States Code, Section 846 (conspiracy to distribute cocaine).

I do hereby make oath that on this date, August 9, 2005, I executed said warrant by arresting Juan Rosario in Saugus in the District of Massachusetts. I further make oath that as of this date the above-referenced indictment remains outstanding in the

Southern District of Texas.

                                          Christian Brackett
                                          Special Agent
                                          U.S. Drug Enforcement
                                          Administration

    Subscribed and sworn to before me this ninth day of August, 2005.

                                          JUDITH G. DEIN
                                          United States Magistrate Judge

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

__JUAN ROSARIO__
Defendant
__A1K1A EDWARD SOTO__

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __05m-1096-JGD__

CHARGING DISTRICTS
CASE NUMBER: __05-326__

I understand that charges are pending in the __Southern__ District of __Texas__

alleging violation of __CONSPIRACY TO DISTRIBUTE COCAINE__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(   ) identity hearing

(   ) preliminary hearing

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__7/9/05__
Date

_____
Defense Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05m-1096-JGD |
| ) | |
| JUAN ROSARIO, ) | |
| a/k/a FELIX RIVERA, ) | |
| a/k/a MANUEL ROSARIO TEJADA ) | |

REMOVAL ORDER

This matter arises out of the defendant's arrest in the District of Massachusetts pursuant to a warrant issued by the United States District Court for the Southern District of Texas. The defendant is currently charged by indictment with one count of conspiracy to distribute cocaine in violation of Title 21, United States Code, Section 846. At the defendant's initial appearance before this Court on August 9, 2005, the government moved for removal pursuant to Fed. R. Crim. P. 5 and for detention pending removal, pursuant to 18 U.S.C. § 3143(a). At that time he waived his right to a detention hearing. He further assented to his removal to the Southern District of Texas, the district of jurisdiction. WHEREFORE, it is hereby ORDERED that the defendant be held to answer in the Southern District of Texas and that he be detained pending his removal to that district.

_____
JUDITH G. DEIN
U.S. MAGISTRATE JUDGE