UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05m-1096-JGD |
| | ) |
| JUAN ROSARIO, | ) |
| a/k/a FELIX RIVERA, | ) |
| a/k/a MANUEL ROSARIO TEJADA | ) |

### REMOVAL ORDER

This matter arises out of the defendant's arrest in the District of Massachusetts pursuant to a warrant issued by the United States District Court for the Southern District of Texas. The defendant is currently charged by indictment with one count of conspiracy to distribute cocaine in violation of Title 21, United States Code, Section 846. At the defendant's initial appearance before this Court on August 9, 2005, the government moved for removal pursuant to Fed. R. Crim. P. 5 and for detention pending removal, pursuant to 18 U.S.C. § 3143(a). At that time he waived his right to a detention hearing. He further assented to his removal to the Southern District of Texas, the district of jurisdiction. WHEREFORE, it is hereby ORDERED that the defendant be held to answer in the Southern District of Texas and that he be detained pending his removal to that district.

_____
JUDITH G. DEIN
U.S. MAGISTRATE JUDGE